UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TURNBERRY WOODS AT THE STRAND
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,
v.                                                                  Case No.: 2:21-cv-00138-SPC-KCD

EMPIRE INDEMNITY INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Turnberry Woods at the Strand Condominium Association, Inc., and Defendant, Empire Indemnity Insurance Company, jointly stipulate to the dismissal of this case with prejudice.

| | |
|---|---|
| _/s/ Kurtis Jay Keefer_ | _/s/ Phillip S. Howell_ |
| Goede, DeBoest & Cross, PLLC | Galloway, Johnson, Tompkins, Burr & Smith, PLC |
| Kurtis Jay Keefer, Esq. | Philip S. Howell, Esq. |
| Florida Bar No.: 0668011 | Florida Bar No.: 377030 |
| 6609 Willow Park Drive, Suite 201 | 400 N. Ashley Drive, Suite 1000 |
| Naples, FL 34109 | Tampa, FL 33602 |
| Telephone (239) 331-5100 | Telephone (954) 251-5500 |
| kkeefer@gadclaw.com | tampaservice@gallowaylawfirm.com |
| JDelgado@gadclaw.com | phowell@gallowaylawfirm.com |
| _Counsel for Turnberry Woods at the Strand Condominium Association, Inc._ | dburr@gallowaylawfirm.com |
| | _Counsel for Empire Indemnity Insurance Company_ |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Phillip S. Howell, Esq.
phowell@gallowaylawfirm.com
David T. Burr, Esq.
dburr@gallowaylawfirm.com
tampaservice@gallowaylawfirm.com
400 N. Ashley Drive, Suite 1000
Tampa, FL 33602

/s/ Kurtis Jay Keefer
Kurtis Jay Keefer, Esq.